```
United States Bankruptcy Court
         District of Puerto Rico
In re:                                                              Case No. 11-03382-SEK
ABIMAEL CRUZ CANDELARIA                                             Chapter 13
     Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: badilloe              Page 1 of 1         Date Rcvd: May 04, 2011
                              Form ID: pdf001             Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2011.

```
db        +ABIMAEL CRUZ CANDELARIA,    HC 06 BOX 13861,    HATILLO, PR 00659-6711
smg        DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg        FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
smg        PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
            SAN JUAN, PR 00918
3207670    ADM SISTEMA DE RETIRO,    PO BOX 42003,    SAN JUAN, PR 00940-2203
3207671    AEELA,   PO BOX 4508,    SAN JUAN, PR 00936-4508
3207672   +ASUME,   PO BOX 70376,    SAN JUAN, PR 00936-8376
3207673    BANCO SANTANDER,    PO BOX 362589,    SAN JUAN, PR 00936-2589
3207674    COMMOLOCO,    PO BOX 71325,    SAN JUAN, PR 00936-8425
3207675    COOP AC MANUEL ZENO GANDIA,    PO BOX 1865,    ARECIBO, PR 00613-1865
3207676    FIA CARD SERVICES,    PO BOX 15019,    WILMINGTON, DE 19886-5019
3207677   +FIRST BANK,    PO BOX 13817,    SAN JUAN, PR 00908-3800
3207678   +LIZETTE ALONSO,    HC 01 BOX 9888,    HATILLO, PR 00659-7438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg        +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov May 04 2011 18:43:58     US TRUSTEE,    EDIFICIO OCHOA,
            500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
3215600     E-mail/Text: maria.benabe@firstbankpr.com May 04 2011 18:40:21      FIRST BANK OF PUERTO RICO,
            BAKRUPTCY DIVISION,    P.O. BOX 9146,    SAN JUAN, P.R. 00908-0146
                                                                                             TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2011**          **Signature:** *Joseph Speetjens*

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>ABIMAEL CRUZ CANDELARIA<br><br><br>XXX-XX-2444<br><br><br><br>Debtor(s) | CASE NO. 11-03382 SEK<br>Chapter 13 |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **CONFIRMATION HEARING** scheduled for **6/24/11 AT 9:00 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 30T0 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR 6/21/2011 AT 9:00 A.M.**

San Juan, Puerto Rico, this 04 day of May, 2011.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: ELSIE BADILLO
Deputy Clerk

**DEALINE TO OBJECT TO THE CONFIRMATION OF THE PLAN:**

**OBJECTIONS MUST BE FILED NOT LATER THAN FOURTEEN (14) DAYS PRIOR THE HEARING ON CONFIRMATION AS PER P.R. LOCAL RULE 3015-2(e) (1).**